UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID NEUMANN, individually and on behalf of all other similarly situated consumers,<br><br>    Plaintiff,<br><br>vs.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>    Defendant. | Civil Action No. 19-cv-06750 |

**NOTICE OF REMOVAL OF**
**CIVIL ACTION FROM STATE COURT**

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Defendant CAVALRY PORTFOLIO SERVICES, LLC (hereinafter "Cavalry"), by and through its undersigned attorney, respectfully represents as follows:

1. Cavalry is a Defendant in the above entitled action..

2. On or about June 21, 2019, the above entitled action was commenced, by the filing of a Summons and Complaint against Defendant in the Supreme Court of the State of New York, County of Rockland, Index No. 033234/2019 (the "State Court Action"), and is now pending therein. *A true and correct copy of the Summons and Complaint is attached and marked as __Exhibit A__*.

3. The State Court Action seeks, *inter alia*, the following relief: monetary and statutory damages for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. (*See Exhibit A*).

4. This Court has original jurisdiction over the above entitled action pursuant to 28 U.S.C.

§1331, as it involves a federal question with regards to the alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. Thus, this action must therefore be removed to this Court pursuant to 28 U.S.C. §1441(a). Furthermore, this Court will have pendent jurisdiction over any other state claims that may be asserted by the Plaintiff.

5. This notice is timely filed with the Court within thirty (30) days after service of the Summons and Complaint on the removing party in the above entitled action pursuant to 28 U.S.C. §1446(b) as the Summons was served on July 10, 2019.

6. This removal is made without waiving any jurisdictional or other defenses including the defense of improper service.

7. Attached hereto as **_Exhibit "B"_** is a true copy of the Notice of Filing of Removal which was sent to all other parties on this date.

8. Attached are the following process, pleadings and orders served upon Defendant in this action which are known to me:

    a. Plaintiff's Summons and Complaint – Exhibit "A".

WHEREFORE, Defendant Cavalry Portfolio Services, LLC respectfully requests that the above entitled action be removed from District Court of the State of New York, County of Rockland.

>Respectfully submitted,
>**MAURICE WUTSCHER, LLP**
>
>**/s/ Thomas R. Dominczyk**
>Thomas R. Dominczyk, Esq.
>Attorneys for Cavalry Portfolio Services, LLC
>5 Walter E. Foran Boulevard, Suite 2007
>Flemington, NJ  08822
>(908) 237-4550; (908) 237-4551 fax
>tdominczyk@mauricewutscher.com

Date: July 19, 2019